

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00175-CR

| | | |
|---|---|---|
| The State of Texas | § | From the 271st District Court |
| | § | of Wise County (CR17314) |
| v. | § | June 25, 2015 |
| | § | Opinion by Justice Gardner |
| Zachary Palmer | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Anne Gardner
        Justice Anne Gardner